

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2016

No. 04-16-00574-CV

**FAYETTE COUNTY**,
Appellant

v.

**RYDER INTEGRATED LOGISTICS, INC.** and Ryder Integrated Logistics of Texas, LLC,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-03779
Honorable Peter A. Sakai, Judge Presiding

# O R D E R

Appellant's motion for extension of time to file brief is hereby GRANTED. Time is extended to November 15, 2016.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2016.

_____
Keith E. Hottle
Clerk of Court